**STATE of Missouri, Respondent,**

v.

**Alma COOPER–WHITLEY, Appellant.**

**No. WD 41040.**

Missouri Court of Appeals, Western District.

May 23, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1989.

Application to Transfer Denied Aug. 1, 1989.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for voluntary manslaughter, in violation of § 565.023, RSMo 1986, and armed criminal action, in violation of § 571.015, RSMo 1986.

Judgment affirmed. Rule 30.25(b).